UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JOLANTA SOYSAL | )<br>) |
| Plaintiff, | )    2:10-cv-1784-GMN-RJJ<br>) |
| vs. | )<br>) |
| CEICO GENERAL INSURANCE<br>COMPANY; *et al.*, | )    O R D E R<br>)<br>) |
| Defendant, | ) |

IT IS HEREBY ORDERED that the parties shall file a joint Interim Discovery Status Report on August 26, 2011.

IT IS FURTHER ORDERED that the joint Interim Discovery Status Report shall contain the following:

1. Shall identify the discovery that has been completed;

2. Shall identify the discovery that remains outstanding;

3. Shall identify any pending discovery motions; and,

4. Shall detail all attempts to settle the case.

DATED this __8th__ day of June, 2011.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge