UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOLANTA SOYSAL, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GEICO GENERAL INSURANCE )<br>COMPANY, DOES 1 - 10, inclusive )<br>and ROE CORPORATIONS 1 - 10, )<br>inclusive, )<br>)<br>Defendants. )<br>_____) | Case No.: 2:10-cv-01784-GMN-RJJ |

## SUBSTITUTION OF ATTORNEY

Plaintiff, Jolanta Soysal, hereby substitutes Joshua R. Harris, Esq. of Richard Harris Law Firm, 801 S. Fourth St., Las Vegas, Nevada, 89101, telephone 702-385-1400, as attorney of record in place and instead of Michael R. Small, Esq., 1100 E. Bridger Avenue, Las Vegas, Nevada, 89101.

DATED: 07.10.2011

_____
Jolanta Soysal

I consent to the above substitution.

DATED: June 14, 2011

_____
Michael R. Small, Esq.

I am duly admitted to practice in this District.

Above substitution accepted.

DATED: 07.10.2011

_____
Joshua R. Harris, Esq.

APPROVED:

DATED: July 12, 2011

_____
UNITED STATES DISTRICT JUDGE

1